| | |
|---|---|
| AUSA: Matthew Roth | Telephone: (313) 226-9100 |
| Task Force Officer: Treva Eaton | Telephone: (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Dennis NOLAN, Jr. | Case No. 21-mj-30096 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 28, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Task Force Officer Treva Eaton - ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 26, 2021

_Judge's signature_

City and state: Detroit, Michigan         Honorable Curtis Ivy, Jr., U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Treva L. Eaton, being duly sworn, do hereby state the following:

### INTRODUCTION

1.      I am Detroit Police Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a Detroit Police Officer since September 1996, and assigned to the ATF since May 2015. I have been involved in numerous criminal investigations and investigations of firearms that resulted in prosecutions.

2.      The statements contained in this affidavit are, in part, based on my personal knowledge and information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter. This affidavit does not all the information known to law enforcement about this investigation.

3.      This affidavit provides information necessary to establish probable cause that Dennis NOLAND Jr. (DOB XX/XX/1989) has violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

### PROBABLE CAUSE

4.      October 28, 2020 at approximately 4:00 p.m., myself, along with Detective Michael Crosby, Sargent Kevin Drury, Police Officer Troy Williams from the Firearms Investigation Team assisted Michigan Department of

Corrections Agent Krzyzak with a parole home compliance check on Dennis NOLAND at his residence located in Detroit, Eastern District of Michigan.

5. Upon arrival, Agent Kryzak made contact with NOLAND and advised him they were conducting a home compliance check. NOLAND granted Agent Kryzak and officer's access to his residence. NOLAND informed Agent Krzyzak that he and his child's mother, Miss. Simpkins, slept in the living room.

6. I opened the top drawer of a dresser located in the living room. I observed a black Glock 26 Gen 4 serial #SZY028 with 17 rounds of ammunition loaded in the magazine. I also found a 31 round magazine loaded with 31 rounds of live ammunition. I signaled Agent Krzyzak to handcuff NOLAND. Once NOLAND was handcuffed, Officer Troy Williams recovered the Glock handgun from the dresser drawer. Agent Krzyzak also recovered a ballistic vest from the living room closet.

7. Simpkins denied any knowledge of the firearm in the apartment. She indicated that no one had access to the apartment besides herself and NOLAND. Miss. Simpkins reported that NOLAND used the drawer where the gun was found and that the ballistic vest also belonged to NOLAND.

8. NOLAND was conveyed to the Detroit Detention Center

9. A criminal history check was conducted on NOLAND which revealed that he was on parole and had the following prior felony convictions:

    a.    March 5, 2018, felony carrying concealed weapons, Third Judicial Circuit Court, Wayne County; and

    b.    November 15, 2018, felony carrying concealed weapon, Third Judicial Circuit Court, Wayne County.

10.    On November 12, 2020, Special Agent David Salazar advised me, based upon the verbal descriptions provided, without physically examining the firearm, that the above referenced firearm is a firearm as defined under 18 U.S.C. § 921, manufactured outside of the state of Michigan after 1989, and therefore had traveled in and affected interstate commerce.

## CONCLUSION

11.    Probable cause exists that Dennis NOLAND Jr, a convicted felon, did knowingly possess a firearm and ammunition, that had previously traveled in interstate and/or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

 

_____
Treva L. Eaton
Task Force Officer, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. CURTIS IVY, JR.
UNITED STATES DISTRICT COURT JUDGE

Date:    February 26, 2021